[No. 9408–4–I.   Division One.   April 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
H. LARKIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00385–9, Shannon Wetherall, J., entered
May 6, 1980. *Affirmed* by unpublished opinion per James,
J., concurred in by Swanson and Williams, JJ.

[Nos. 4169–7–III; 4543–9–III.   Division Three.   April 20, 1982.]

*In the Matter of the Estate of* WILHELM C. STEEN.

ALBERT SCHMITZ, JR., ET AL, *Appellants,* v. EDNA
STEEN, *as Executrix,* ET AL, *Respondents.*

Appeals from judgments of the Superior Court for
Spokane County, No. 103428, Donald N. Olson, J., entered
August 20, 1980 and April 2, 1981. *Affirmed* by unpublished
opinion per Green, J., concurred in by McInturff, C.J., and
Munson, J.

[No. 4559–5–III.   Division Three.   April 20, 1982.]

RANDALL K. WHITED, ET AL, *Appellants,* v. RAINIER
MORTGAGE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 80–2–04691–2, Donald N. Olson, J.,
entered May 4, 1981. *Affirmed* by unpublished opinion per
Roe, J., concurred in by McInturff, C.J., and Green, J.